IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALKESH PATEL, | : | CIVIL ACTION |
| Plaintiff | : | |
| Counter-Defendant | : | |
| v. | : | No. 14-2949 |
| PRATIK PATEL, | : | |
| Defendant | : | |
| Counter-Plaintiff | : | |

## ORDER

**AND NOW**, this   17th   day of July, 2015, upon consideration of Defendant and Counter-Plaintiff, Pratik Patel's ("Defendant") Motion to Dismiss Pursuant to Rule 37(b) of the Federal Rules of Civil Procedure (Doc. No. 18.), which Plaintiff and Counter-Defendant, Alkesh Patel ("Plaintiff") has failed to file any response thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE