IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| ALKESH PATEL, | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| Counter-Defendant | : | |
| | : | |
| v. | : | No. 14-2949 |
| | : | |
| PRATIK PATEL, | : | |
| | : | |
| Defendant | : | |
| Counter-Plaintiff | : | |
| | : | |

## O R D E R

**AND NOW,** this   4th   day of November, 2015, upon consideration of the unopposed Counter-Plaintiff Pratik Patel's Motion for Summary Judgment (Doc. No. 23), it is hereby **ORDERED** that Counter-Plaintiff's Motion is **GRANTED IN PART and DENIED IN PART**.

The Motion is **GRANTED** with respect to the claims of Assault and Battery and Defamation.

The Motion is **DENIED** with respect to the claims of Intentional Infliction of Emotional Distress, Conspiracy, False Light, and Trade Libel.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE