IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
ALKESH PATEL,                            :        CIVIL ACTION
                                         :
        Plaintiff              :
        Counter-Defendant,     :
                                         :
   v.                                    :        No. 14-2949
                                         :
PRATIK PATEL,                            :
                                         :
        Defendant              :
        Counter-Plaintiff.     :
_____   :


**O R D E R**

       **AND NOW**, this   29th   day of April, 2016, upon consideration of the Motion to Freeze Defendant's Assets (Doc. No. 63) filed by Counterclaim Plaintiff, Pratik Patel ("Plaintiff"), the Response in Opposition filed by Counterclaim Defendant, Alkesh Patel ("Defendant"), Plaintiff's Reply to Defendant's Opposition, and Defendant's Surreply, it is hereby **ORDERED** that the Motion is **DENIED.**

                                                    BY THE COURT:


                                                    Robert F. Kelly
                                                    ROBERT F. KELLY
                                                    SENIOR JUDGE