IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALKESH PATEL, | : | CIVIL ACTION |
| Plaintiff Counter-Defendant, | : | |
| v. | : | No. 14-2949 |
| PRATIK PATEL, | : | |
| Defendant Counter-Plaintiff. | : | |

**O R D E R**

**AND NOW**, this  25th  day of May, 2016, upon consideration of the Renewed Motion For Judgment as A Matter of Law and Motion in the Alternative for a New Trial (Doc. No. 56) filed by Counterclaim Defendant, Alkesh Patel ("Defendant"), the Response in Opposition filed by Counterclaim Plaintiff, Pratik Patel ("Plaintiff"), Defendant's Reply to Plaintiff's Opposition, and Plaintiff's Surreply, it is hereby **ORDERED** that the Motion is **DENIED.**

BY THE COURT:

/s/  Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE